CHARLES A. KISSINGER ET AL., APPELLANTS, V. MARY BUTLER, APPELLEE.

FILED NOVEMBER 27, 1912. No. 17,357.

APPEAL from the district court for Knox county: AN-SON A. WELCH, JUDGE. *Affirmed.*

*Field, Ricketts & Ricketts, W. A. Meserve* and *J. F. Green,* for appellants.

*M. F. Harrington* and *W. R. Butler, contra.*

BARNES, J.

This case presents the separate appeal of the Kissingers from the judgment of the district court in *Butler v. Secrist, ante,* p. 506. The facts and questions of law in the two appeals are identical, and, for the reasons given in that case, the judgment of the district court is

AFFIRMED.